CHRI
Acting United States Attorney
District of Nevada
Nevada Bar Number: 14853
SIMON KUNG
Assistant United States Attorney
United States Attorney's Office
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
702-388-6336

UNITED STATES DISTRICT COURT

District of Nevada

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | | Case No. 2:20-CR-00296-GMN-VCF-001 |
| Plaintiff, ) | | |
| ) | | |
| v. ) | | PETITION FOR ACTION |
| ) | | ON CONDITIONS OF PRETRIAL RELEASE |
| JOHN THOMAS ) | | |
| Defendant ) | | |

Attached hereto and expressly incorporated herein is a Petition for Action on Conditions of Pretrial Release concerning the above-named defendant prepared by <u>Mariah Bassler-Wide</u>, U. S. Pretrial Services Officer. I have reviewed that Petition and believe there is sufficient credible evidence which can be presented to the Court to prove the conduct alleged, and I concur in the recommended action requested of the Court.

Dated this 22nd day of February, 2022.

CHRISTOPHER CHIOU
Acting United States Attorney

By ___/S/_____.
SIMON KUNG
Assistant U. S. Attorney

PS 8
(Revised 12/04)

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF NEVADA

U.S.A. vs. JOHN THOMAS                                  Docket No: 2:20-CR-00296-GMN-VCF-001

Petition for Action on Conditions of Pretrial Release

COMES NOW MARIAH BASSLER-WIDE, U.S. PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant John Thomas. The defendant initially appeared on October 30, 2020, before U.S. Magistrate Judge Nancy J. Koppe and was ordered released on a personal recognizance bond with the following conditions of release:

1. The defendant shall report to U.S. Pretrial Services for supervision.
2. The defendant shall use his true name only and shall not use any false identifiers.
3. The defendant shall not obtain a passport or passport card.
4. Travel shall be restricted to Clark County, Nevada unless preapproved by Pretrial Services.
5. The defendant shall maintain his current residence and shall not move prior to obtaining permission from the Court, Pretrial Services, or the supervising officer.
6. The defendant shall not solicit monies from investors.
7. Report via telephone any instance of COVID-19 symptoms, exposure, and/or quarantine immediately to the supervising officer.
8. Comply with the directives of medical, public health, and government officials with respect to a quarantine and/or stay-at-home order.
9. The defendant must not violate federal, state, or local law while on release.

**Respectfully presenting petition for action of Court and for cause as follows:**

1. The defendant has an outstanding warrant dated June 17, 2021 from the Eighth Judicial District Court for Failure to Appear – Criminal Contempt.

**PRAYING THAT THE COURT WILL ORDER A SUMMONS BE ISSUED BASED UPON THE INFORMATION OUTLINED ABOVE. FURTHER, THAT A HEARING BE HELD TO SHOW CAUSE WHY PRETRIAL RELEASE SHOULD NOT BE REVOKED.**

ORDER OF COURT

Considered and ordered this 22nd day of February, 2022 and ordered filed and made a part of the records in the above case.

_____
Honorable Nancy J. Koppe
U.S. Magistrate Judge

I declare under penalty of perjury that the information herein is true and correct. Executed on this 22nd day of February, 2022.

Respectfully Submitted,

_____
Mariah Bassler-Wide
U.S. Pretrial Service Officer
Place: Las Vegas, Nevada