SIGAL CHATTAH
Acting United States Attorney
Nevada Bar No. 8264
DANIEL R. SCHIESS
Nevada Bar No. 5483
JEAN N. RIPLEY
Assistant United States Attorneys
District of Nevada
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
Tel: (702) 388-6336
Fax: (702) 388-6418
dan.schiess@usdoj.gov
jean.ripley@usdoj.gov

*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>                    Plaintiff,<br><br>       v.<br><br>JOHN FRANK THOMAS,<br>  aka "John Frank,"<br>  aka "Johnathan West,"<br>  aka "John Frank Rodgers,"<br>  aka "John Marshall,"<br>  aka "John Edwards,"<br><br>                    **Defendant.** | No. 2:20-cr-00296-GMN-MDC<br><br>**Stipulation to Continue Hearing on Defendant's Motion for a Competency Evaluation** |

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for the United States and by defendant John Frank Thomas by and through his undersigned attorneys that the hearing on defendant's motion for a competency evaluation currently set for September 5, 2025, be continued for 45 days but no sooner than November 10, 2025, for the reasons stated below.

1. Thomas was recently evaluated by a psychiatrist selected by the defendant for mental competency to stand trial, and in the opinion of the psychiatrist, the defendant suffers from a mental disease or defect that currently renders him incompetent to stand trial. ECF No. 81. The psychiatrist based her assessment on a 90-minute zoom call that she had with the defendant. The psychiatrist submitted a report stating her assessment, and has been filed under seal.

2. Given the nature and results of the assessment, the parties agree that the government should be able to have the defendant evaluated by a medical professional for mental competency evaluation.

3. This continuance is not sought for purposes of delay, but to allow for adequate time for a second evaluation to be conducted of the defendant for mental competency to stand trial.

4. Defendant is not in custody and does not object to this continuance.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

Because a continuance of the hearing would affect the trial date, a separate stipulation to continue the trial date is being filed.

SIGAL CHATTAH
Acting United States Attorney

/s/ Daniel R. Schiess                                          /s/ James A. Oronoz
_____      _____
DANIEL R. SCHIESS                                        JAMES A. ORONOZ
JEAN N. RIPLEY                                              THOMAS A. ERICSSON
Assistant United States Attorneys                Attorneys for John Frank Thomas, III

**ORDER**

The hearing on defendant's motion for a competency evaluation is continued to

to November 13, 2025, at 9:00 am in LV Courtroom 3C.

IT IS SO ORDERED.

_____
HON. MAXIMILIANO D. COUVILLIER, III
UNITED STATES MAGISTRATE JUDGE

DATED: August 21, 2025

3