JAMES A. ORONOZ, ESQ.
Nevada Bar No. 6769
THOMAS A. ERICSSON, ESQ.
Nevada Bar No. 4982
Oronoz & Ericsson, LLC
9900 Covington Cross Dr., Ste. 290
Las Vegas, Nevada 89144
Telephone: (702) 878-2889
Facsimile: (702) 522-1542
jim@oronozlawyers.com
tom@oronozlawyers.com
*Attorneys for John Frank Thomas, III*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br><br>　　　　vs.<br><br>JOHN FRANK THOMAS, III,<br>　　　　Defendant. | CASE NO: 2:20-cr-00296-GMN-MDC<br><br>**Stipulation to Continue Hearing on Defendant's Motion for a Competency Evaluation**<br><br>(Second Request) |

IT IS HEREBY STIPULATED AND AGREED by JOHN FRANK THOMAS, III, by and through his attorneys, JAMES A. ORONOZ, ESQ. and THOMAS A. ERICSSON, ESQ., and the United States of America, by and through DANIEL R. SCHIESS, ESQ., Assistant United States Attorney, that the hearing on Defendant's motion for a competency evaluation currently set for November 13, 2025, before Magistrate Judge Maximiliano D. Couvillier, III, be continued for ninety (90) days to no sooner than February 11, 2026. The request for a continuance is based upon the following:

1. On May 12, 2025, Mr. Thomas was evaluated by a psychiatrist retained by the Defense to determine his mental competency to trial.

She determined that Mr. Thomas is not competent. On July 30, 2025, Mr. Thomas filed a Motion for Competency Evaluation.

2. On October 3, 2025, Mr. Thomas was evaluated by the Government's psychiatrist. He determined that Mr. Thomas is competent to stand trial.

3. The hearing on Mr. Thomas' motion for competency evaluation is currently set for November 13, 2025, at 9:00 a.m. Both experts must be present to testify as to their findings and conclusions. Due to scheduling conflicts, the Parties' experts are not available to testify on the currently-scheduled hearing date. Accordingly, the parties agree that the hearing be moved to a date and time amenable to both experts.

4. This continuance is not sought for purposes of delay, but to enable both parties' experts to testify at the hearing on Mr. Thomas' competency motion.

5. Defendant is not in custody and does not object to this continuance.

6. Denial of this request could result in a miscarriage of justice, taking into account the exercise of due diligence.

7. The additional time requested by this stipulation is excludable in computing the time within which the trial must start under the Speedy Trial Act, Title 18, United States Code, Section 3161 et. seq., considering the factors under Title 18, United States Code, Sections 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

8. This is the second request for a continuance of this hearing.

DATED: November 12, 2025

Respectfully submitted,

| | |
|---|---|
| /s/ James A. Oronoz | /s/ Daniel R. Schiess |
| James A. Oronoz, Esq. | Daniel R. Schiess, Esq. |
| Thomas A. Ericsson, Esq. | Assistant United States Attorney |
| Oronoz & Ericsson, LLC | 501 Las Vegas Blvd. South, Suite 1100 |
| 9900 Covington Cross Dr., Ste. 290 | Las Vegas, Nevada 89101 |
| Las Vegas, Nevada 89144 | Attorney for the United States of America |
| Attorneys for John Frank Thomas, III | |

JAMES A. ORONOZ, ESQ.
Nevada Bar No. 6769
THOMAS A. ERICSSON, ESQ.
Nevada Bar No. 4982
Oronoz & Ericsson, LLC
9900 Covington Cross Dr., Ste. 290
Las Vegas, Nevada 89144
Telephone: (702) 878-2889
Facsimile: (702) 522-1542
jim@oronozlawyers.com
tom@oronozlawyers.com
*Attorneys for John Frank Thomas, III*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>vs.<br><br>JOHN FRANK THOMAS, III,<br>Defendant. | CASE NO: 2:20-cr-00296-GMN-MDC<br><br>**FINDINGS OF FACT, CONCLUSIONS OF LAW, AND ORDER**<br><br>(Second Request) |

**FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds:

1. On May 12, 2025, Mr. Thomas was evaluated by a psychiatrist retained by the Defense to determine his mental competency to trial. She determined that Mr. Thomas is not competent. On July 30, 2025, Mr. Thomas filed a Motion for Competency Evaluation.

2. On October 3, 2025, Mr. Thomas was evaluated by the Government's psychiatrist. He determined that Mr. Thomas is competent to stand trial.

3. The hearing on Mr. Thomas' motion for competency evaluation is currently set for November 13, 2025, at 9:00 a.m. Both experts must be present to testify as to their findings and conclusions. Due to scheduling conflicts, the Government's expert is not available to testify on the currently-scheduled hearing date. Accordingly, the parties agree that the hearing be moved to a date and time amenable to both experts.

4. This continuance is not sought for purposes of delay, but to enable both parties' experts to testify at the hearing on Mr. Thomas' competency motion.

5. Defendant is not in custody and does not object to this continuance.

6. Denial of this request could result in a miscarriage of justice, taking into account the exercise of due diligence.

7. The additional time requested by this stipulation is excludable in computing the time within which the trial must start under the Speedy Trial Act, Title 18, United States Code, Section 3161 et. seq., considering the factors under Title 18, United States Code, Sections 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

8. This is the second request for a continuance of this hearing.

## CONCLUSION OF LAW

The ends of justice served by granting said continuance outweigh the best interests of the public and the defense in a speedy trial, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the defendant sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for trial, taking into account the exercise of due diligence.

The continuance sought herein is excludable under the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code §§ 3161(h)(7)(B)(i) and 3161(h)(7)(B)(iv).

## ORDER

The hearing on Defendant's Motion for a Competency Evaluation is continued to __February 19, 2025__.

IT IS SO ORDERED.

_____
HON. MAXIMILIANO D. COUVILLIER, III
UNITED STATES MAGISTRATE JUDGE

DATED: November 12, 2025