JAMES A. ORONOZ, ESQ.
Nevada Bar No. 6769
THOMAS A. ERICSSON, ESQ.
Nevada Bar No. 4982
Oronoz & Ericsson, LLC
9900 Covington Cross Dr., Ste. 290
Las Vegas, Nevada 89144
Telephone: (702) 878-2889
Facsimile: (702) 522-1542
jim@oronozlawyers.com
tom@oronozlawyers.com
*Attorneys for John Frank Thomas, III*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>             Plaintiff, <br><br> vs. <br><br> JOHN FRANK THOMAS, III, <br>             Defendant. | CASE NO: 2:20-cr-00296-GMN-MDC <br><br> **Stipulation to Continue Hearing on Defendant's Motion for a Competency Evaluation** <br><br> (Third Request) |

IT IS HEREBY STIPULATED AND AGREED by JOHN FRANK THOMAS, III, by and through his attorneys, JAMES A. ORONOZ, ESQ. and THOMAS A. ERICSSON, ESQ., and the United States of America, by and through JAMES J. GAETA, ESQ., Assistant United States Attorney, and that the hearing on Defendant's motion for a competency evaluation currently set for February 19, 2026, before Magistrate Judge Maximiliano D. Couvillier, III, be continued for forty-five (45) days to no sooner than April 6, 2026. The request for a continuance is based upon the following:

1.    The hearing on Mr. Thomas' motion for competency evaluation is currently set for February 19, 2026, at 9:00 a.m. The Defense and the Government have conferred; both sides require and are seeking

1

additional time to adequately prepare their respective experts for this hearing.

2.    This continuance is not sought for purposes of delay, but to provide both parties sufficient time to adequately prepare their experts to testify at the hearing on Mr. Thomas' competency motion.

3.    Defendant is not in custody and does not object to this continuance.

4.    Denial of this request could result in a miscarriage of justice, taking into account the exercise of due diligence.

5.    The additional time requested by this stipulation is excludable in computing the time within which the trial must start under the Speedy Trial Act, Title 18, United States Code, Section 3161 et. seq., considering the factors under Title 18, United States Code, Sections 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

6.    This is the third request for a continuance of this hearing.

DATED: February 13, 2025.

Respectfully submitted,

| | |
|---|---|
| /s/ James A. Oronoz | /s/ James J. Gaeta |
| James A. Oronoz, Esq. | James J. Gaeta, Esq |
| Thomas A. Ericsson, Esq. | Assistant United States Attorney |
| Oronoz & Ericsson, LLC | 501 Las Vegas Blvd. South, Suite 1100 |
| 9900 Covington Cross Dr., Ste. 290 | Las Vegas, Nevada 89101 |
| Las Vegas, Nevada 89144 | Attorney for the United States of America |
| Attorneys for John Frank Thomas, III | |

2

JAMES A. ORONOZ, ESQ.
Nevada Bar No. 6769
THOMAS A. ERICSSON, ESQ.
Nevada Bar No. 4982
Oronoz & Ericsson, LLC
9900 Covington Cross Dr., Ste. 290
Las Vegas, Nevada 89144
Telephone: (702) 878-2889
Facsimile: (702) 522-1542
jim@oronozlawyers.com
tom@oronozlawyers.com
*Attorneys for John Frank Thomas, III*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br><br> vs. <br><br> JOHN FRANK THOMAS, III, <br> Defendant. | CASE NO: 2:20-cr-00296-GMN-MDC <br><br> **FINDINGS OF FACT, CONCLUSIONS OF LAW, AND ORDER** <br><br> (Third Request) |

## FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds:

1.  The hearing on Mr. Thomas' motion for competency evaluation is currently set for February 19, 2026, at 9:00 a.m. The Defense and the Government have conferred; both sides require and are seeking additional time to adequately prepare their respective experts for this hearing.

2.  This continuance is not sought for purposes of delay, but to provide both parties sufficient time to adequately prepare their experts to testify at the hearing on Mr. Thomas' competency motion.

3.  Defendant is not in custody and does not object to this continuance.

3

4.    Denial of this request could result in a miscarriage of justice, taking into account the exercise of due diligence.

5.    The additional time requested by this stipulation is excludable in computing the time within which the trial must start under the Speedy Trial Act, Title 18, United States Code, Section 3161 et. seq., considering the factors under Title 18, United States Code, Sections 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

6.    This is the third request for a continuance of this hearing.

## CONCLUSION OF LAW

The ends of justice served by granting said continuance outweigh the best interests of the public and the defense in a speedy trial, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the defendant sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for trial, taking into account the exercise of due diligence.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

4

The continuance sought herein is excludable under the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code §§ 3161(h)(7)(B)(i) and 3161(h)(7)(B)(iv).

## **ORDER**

The hearing on Defendant's Motion for a Competency Evaluation is continued to **April 30, 2026 at 9:00am in Courtroom 3B.**

IT IS SO ORDERED.

_____
HON. MAXIMILIANO D. COUVILLIER, III
UNITED STATES MAGISTRATE JUDGE

DATED:  February 13, 2026                        .

5