JAMES A. ORONOZ, ESQ.
Nevada Bar No. 6769
THOMAS A. ERICSSON, ESQ.
Nevada Bar No. 4982
Oronoz & Ericsson, LLC
9900 Covington Cross Dr., Ste. 290
Las Vegas, Nevada 89144
Telephone: (702) 878-2889
Facsimile: (702) 522-1542
jim@oronozlawyers.com
tom@oronozlawyers.com
*Attorneys for John Frank Thomas, III*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO: 2:20-cr-00296-GMN-MDC |
| Plaintiff, | |
| vs. | **Stipulation to Continue Hearing on Defendant's Motion for a Competency Evaluation** |
| JOHN FRANK THOMAS, III, | (Fourth Request) |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by JOHN FRANK THOMAS, III, by and through his attorneys, JAMES A. ORONOZ, ESQ. and THOMAS A. ERICSSON, ESQ., and the United States of America, by and through JAMES J. GAETA, ESQ., Assistant United States Attorney, and that the hearing on Defendant's motion for a competency evaluation currently set for April 30, 2026, before Magistrate Judge Maximiliano D. Couvillier, III, be continued for ninety days (90) days to no sooner than July 29, 2026. The request for a continuance is based upon the following:

1.  The hearing on Mr. Thomas' motion for competency evaluation is currently set for April 30, 2026, at 9:00 a.m. The Defense and the Government have conferred; both Parties' medical experts require

1

additional time to review records and gather information pertaining to Mr. Thomas's recent head trauma and hospitalization to determine the extent to which his cognitive function may have changed since the experts conducted their evaluations in this case.

2. This continuance is not sought for purposes of delay, but to allow both Parties' experts adequate time to evaluate and assess recent developments in Mr. Thomas's health.

3. Defendant is not in custody and does not object to this continuance.

4. Denial of this request could result in a miscarriage of justice, taking into account the exercise of due diligence.

5. The additional time requested by this stipulation is excludable in computing the time within which the trial must start under the Speedy Trial Act, Title 18, United States Code, Section 3161 et. seq., considering the factors under Title 18, United States Code, Sections 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

6. This is the fourth request for a continuance of this hearing.

DATED: April 6, 2026.

Respectfully submitted,

| | |
|---|---|
| /s/ James A. Oronoz | /s/ James J. Gaeta |
| James A. Oronoz, Esq. | James J. Gaeta, Esq |
| Thomas A. Ericsson, Esq. | Assistant United States Attorney |
| Oronoz & Ericsson, LLC | 501 Las Vegas Blvd. South, Suite 1100 |
| 9900 Covington Cross Dr., Ste. 290 | Las Vegas, Nevada 89101 |
| Las Vegas, Nevada 89144 | Attorney for the United States of America |
| Attorneys for John Frank Thomas, III | |

JAMES A. ORONOZ, ESQ.
Nevada Bar No. 6769
THOMAS A. ERICSSON, ESQ.
Nevada Bar No. 4982
Oronoz & Ericsson, LLC
9900 Covington Cross Dr., Ste. 290
Las Vegas, Nevada 89144
Telephone: (702) 878-2889
Facsimile: (702) 522-1542
jim@oronozlawyers.com
tom@oronozlawyers.com
*Attorneys for John Frank Thomas, III*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br><br>        vs.<br><br>JOHN FRANK THOMAS, III,<br>        Defendant. | CASE NO:  2:20-cr-00296-GMN-MDC<br><br>**FINDINGS OF FACT, CONCLUSIONS OF LAW, AND ORDER**<br><br>(Fourth Request) |

## FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds:

1.  The hearing on Mr. Thomas' motion for competency evaluation is currently set for April 30, 2026, at 9:00 a.m. The Defense and the Government have conferred; both Parties' medical experts require additional time to review records and gather information pertaining to Mr. Thomas's recent head trauma and hospitalization to determine the extent to which his cognitive function may have changed since the experts conducted their evaluations in this case.

2.  This continuance is not sought for purposes of delay, but to allow both Parties' experts adequate time to evaluate and assess recent developments in Mr. Thomas's health.

3

3.    Defendant is not in custody and does not object to this continuance.

4.    Denial of this request could result in a miscarriage of justice, taking into account the exercise of due diligence.

5.    The additional time requested by this stipulation is excludable in computing the time within which the trial must start under the Speedy Trial Act, Title 18, United States Code, Section 3161 et. seq., considering the factors under Title 18, United States Code, Sections 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

6.    This is the fourth request for a continuance of this hearing.

## <u>CONCLUSION OF LAW</u>

The ends of justice served by granting said continuance outweigh the best interests of the public and the defense in a speedy trial, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the defendant sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for trial, taking into account the exercise of due diligence.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

4

The continuance sought herein is excludable under the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code §§ 3161(h)(7)(B)(i) and 3161(h)(7)(B)(iv).

## ORDER

The hearing on Defendant's Motion for a Competency Evaluation is continued to **July 30, 2026 at 9:00am in Courtroom 3B.**

IT IS SO ORDERED.

**IT IS FURTHER ORDERED** that the parties shall file any Supplemental Competency Reports and Briefs by **July 23, 2026**.

_____
HON. MAXIMILIANO D. COUVILLIER, III
UNITED STATES MAGISTRATE JUDGE

DATED: _April 9, 2026_____.

5