**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

USA,

Plaintiffs,

vs.

John Frank Thomas, III, *et al.*,

Defendants.

No. 2:20-cr-00296-GMN-MDC

**ORDER GRANTING MOTION TO SEAL (ECF NO. 105)**

The Court has reviewed the defendant John Frank Thomas, III's ("defendant Thomas") *Motion to Seal* ("Motion") (ECF No. 105). For the reasons stated below, the Court **GRANTS** the Motion.

**DISCUSSION**

On October 27, 2020, the United States filed a Criminal Indictment charging defendant John Frank Thomas, III ("defendant") and a co-defendant with one count of Conspiracy to Commit Wire Fraud, a violation of Title 18, United States Code, Section 1349 and thirteen counts of Wire Fraud, a Violation of Title 18, United States Code, 1343. *ECF No. 1*. In the Motion, defendant Thomas requests to seal an expert report relating to his neurological health. (ECF No. 105, Ex. A).

The Court finds that both good cause and compelling reasons exist to warrant sealing the report as requested in the Motion. *See Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1178-1180 (9th Cir. 2006); *see also U.S. v. Curran*, No. CR–06–227–PHX–EHC, 2006 WL 1159855 (D. Ariz. May 2, 2006) (granting a motion to seal a competency report regarding defendant's mental health condition). Courts have found that protecting people's private medical information is a compelling reason to seal a document. *See, e.g.*, *Abbey v. Haw. Emps. Mut. Ins. Co.*, 760 F. Supp. 2d 1005, 1013 (D. Haw. 2010) (collecting cases). Therefore, the Court grants the Motion.

//

//

ACCORDINGLY,

**IT IS ORDERED that:**

1. Defendant John Frank Thomas, III's *Motion to Seal* (ECF No. 105) is **GRANTED**.

DATED: July 16, 2026.

IT IS SO ORDERED.

__________________________________
Hon. Maximiliano D. Couvillier, III
United States Magistrate Judge